FILED

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2010 AUG 24  P 1: 49

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| PATENT LICENSING AND INVESTMENT COMPANY, LLC )<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREEN JETS INCORPORATED )<br>)<br>Defendant. ) | Civil Action No. 2:10CV421-HCM/DEM<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

For its Complaint against Defendant Green Jets Incorporated ("Greenjets"), Plaintiff Patent Licensing and Investment Company, LLC ("PLIC") alleges as follows:

### I. NATURE OF THE CASE

1.      PLIC seeks injunctive relief and damages for acts of patent infringement of U.S. Patent 6,711,548 (the patent-in-suit), engaged in by Greenjets, in violation of the patent laws of the United States.

### II. PARTIES AND JURISDICTION

2.      This action arises under the patent laws of the United States, 35 U.S.C. §§ 271, et seq. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      PLIC is a Virginia limited liability corporation having a principal place of business at Number 273, 1164 Plaza America Drive Reston Virginia 20190.

4. On information and belief, Greenjets is a Florida corporation having a principal place of business at 1675 Palm Beach Blvd., Suite 1, West Palm Beach, FL 33401.

5. This Court has personal jurisdiction over Greenjets because it conducts, transacts, and/or solicits business within this judicial district. Upon information and belief, Greenjets has committed and continues to commit acts of infringement of the claims of the patent-in-suit within this judicial district by engaging in substantial and not isolated activities, including selling and/or offering to sell infringing products and/or services via its website or other distribution channels in this judicial district. Personal jurisdiction is also proper because Greenjets, acting alone or in concert with third parties, has intentionally caused and continues to cause injury in this judicial district.

6. Greenjets through its website permits Virginia residents and other users of its service to gain access to and use its services from any location in Virginia including the Eastern District. Residents of Virginia are the target of offers for sale of Greenjet services. Greenjets through its website advertises that it provides services to and from Virginia and that it utilizes aircraft located in Virginia.

7. Venue lies in the Eastern District of Virginia pursuant to 28 U.S.C. §§ 1391(b) and (c), and § 1400(b) because a substantial part of the events giving rise to the claims in this action occurred in this judicial district and because Greenjets is subject to the personal jurisdiction of this Court.

## III. FACTUAL BACKGROUND

8. On March 23, 2004 U.S. Patent No. 6,711,548, entitled "Distributed Computer Network Air Travel Scheduling and Method" was duly and legally issued from the United States Patent and Trademark Office to the inventor, Joel H. Rosenblatt. Mr. Rosenblatt has assigned all rights, and interest in the '548 patent to Memphis Ventures, Inc., including the right to sue for and recover all past, present, and future damages, for infringement of the '548 patent. Memphis Ventures, Inc. transferred all essential rights to PLIC including the right to sue for and recover all past, present and future damages for infringement of the '548 patent. A copy of the '548 patent is attached as Exhibit A.

9. On information and belief, Greenjets is a seller and provider of network services that utilizes private and other aircraft for public passenger service. On information and belief, Greenjets has in the past and continues to offer services of empty leg and shared ride opportunities, including seats on private jets, throughout the United States. On information and belief, Greenjets has provided flight services offered for sale over the Internet and through various online services in this judicial district.

10. On information and belief, Greenjets' online booking services and other services it provides include all of the elements of various claims of the '548 patent. Upon information and belief, these services, and possibly additional infringing services and products, are being offered for sale and/or have been sold on at least on Greenjets' website, which is accessible and user interactive within this judicial district, and/or an affiliate of Greenjets within this judicial district.

## IV. COUNT I – INFRINGEMENT OF THE '548 PATENT

11. PLIC incorporates by reference, as if fully set forth herein, the allegations contained in paragraphs 1 through 10 of this Complaint.

12. PLIC has been properly assigned the rights, including the right to sue for and recover all past, present and future damages for infringement, to the '548 patent, which duly and legally issued on March 23, 2004.

12. On information and belief, Greenjets has in the past and continues to infringe, directly or under the doctrine of equivalents, one or more claims, including but not limited to claims 1 and 4, of the '548 patent by making, using, offering for sale, and/or selling aircraft travel services in the United States that are within the scope of claims of the '548 patent.

13. On information and belief, Greenjets has in the past and continues to infringe by actively inducing others to infringe one or more claims of the '548 patent by making, using, offering for sale, and/or selling aircraft travel services in the United States that are within the scope of the claims of the '548 patent, and by inducing others to do so.

14. On information and belief, Greenjets has in the past and continues to contributorily infringe one or more claims of the '548 patent by making, using, offering for sale, and/or selling aircraft flight services in the United States that are within the scope of the claims of the '548 patent.

15. On information and belief, the infringement of the '548 patent by Greenjets has been with notice and knowledge of the patent and has been willful.

16.     PLIC has been irreparably damaged and harmed by Greenjets' infringement, and this damage and harm will continue unless Greenjets is enjoined by this Court.

## V. <u>DEMAND FOR JURY TRIAL</u>

17.     PLIC demands a trial by jury on all issues so triable.

**WHEREFORE**, PLIC requests the following relief:

1.     The Court enter a judgment in favor of PLIC, declaring that Greenjets has infringed the '548 patent as set forth in this complaint;

2.     The Court enter a judgment in favor of PLIC, declaring that Greenjets' infringement of the '548 patent has been willful and trebling damages awarded to PLIC, as provided by 35 U.S.C. § 284;

3.     The Court preliminarily and permanently enjoin Greenjets, and those in active concert with it, from infringing the '548 patent;.

4.     The Court awards PLIC all damages adequate to compensate PLIC for all acts of infringement of the '548 patent, but in no event less than a reasonable royalty, together with prejudgment and post-judgment interest and costs fixed by the Court, as provided by 35 U.S.C. § 284;

5.     The Court declares that this is an exceptional case and for an award to PLIC of its attorneys' fees incurred in prosecuting this action, as provided by 35 U.S.C. § 285; and

6.  The Court grants PLIC such other and further relief as justice may require.

Respectfully submitted, this day of August 24, 2010.

By: _____
Fred Grasso (VA Bar No. 41491)
Grasso PLLC
1818 Library Street, Suite 500
Reston, VA 20190

Attorneys for Plaintiff *Patent Licensing and Investment Company, LLC*