UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-80689-CIV-MARRA/JOHNSON

PATENT LICENSING AND
INVESTMENT COMPANY, LLC,

        Plaintiff,

v.

GREEN JETS INCORPORATED,

        Defendant.
_____/

## PLAINTIFF'S MOTION FOR HEARING

Plaintiff PATENT LICENSING AND INVESTMENT COMPANY, LLC ("PLIC"), by its undersigned counsel, pursuant to Local Rule 7.1(B)(1), hereby files its Motion for Hearing on its Motion for Temporary Injunction [DE 82] based upon the following grounds:

1.      PLIC seeks an opportunity to appear before the Court to address the issues raised in its Motion for Temporary Injunction. Oral argument would like assist the Court in thoroughly understanding the circumstances and provide clarification beyond the explanation provided in the bare filings.

2.      The undersigned estimates that one hour of oral argument would be necessary for PLIC's Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in

some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: October 26, 2011  Respectfully submitted,
      Boca Raton, Florida

ERIC LEE (Bar No. 961299)
lee@leeamlaw.com
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL  33431
Telephone:  (561) 981-9988
Facsimile:  (561) 981-9980

and

William R. Poynter, Esq.
Admitted Pro Hac Vice
Williams Mullen
222 Central Park Ave., Ste. 1700
Virginia Beach, VA  23462

**Attorneys for Plaintiff**
**PATENT   LICENSING   AND   INVESTMENT**
**COMPANY, LLC**

## **SERVICE LIST**
(ECF)

Fred Grasso, Esq.
Grasso, PLLC
1818 Library St., Ste. 500
Reston, VA  20190

Janet T. Munn, Esq.
Rasco Klock
283 Catalonia Ave., Ste. 200
Coral Gables, FL  33134

William R. Poynter, Esq.
Williams Mullen
222 Central Park Ave., Ste. 1700
Virginia Beach, VA  23462